United States District Court
Southern District of Texas
**ENTERED**
October 09, 2024
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# LAREDO DIVISION

| | |
|---|---|
| **EVA RIOS,** § | |
| § | |
| Plaintiff, § | |
| § | |
| VS. § | **CIVIL ACTION NO. 5:23-CV-00006** |
| § | |
| **HOMESITE INSURANCE COMPANY,** *et al.*, § | |
| § | |
| Defendants. § | |

## FINAL JUDGMENT

For the reasons stated in the Court's Order (Dkt. 25), Plaintiff Eva Rios's Motion to Set Aside the Appraisal Award (Dkt. 18) is DENIED and Defendant Homesite Insurance Company's Motion for Summary Judgment (Dkt. 16) is GRANTED. Plaintiff's civil action against Defendant Homesite is hereby DISMISSED WITH PREJUDICE.

The Clerk of Court is DIRECTED to mail Plaintiff and Defendant Homesite a copy of this Final Judgment by any receipted means at the address indicated in their most recent filings. The Clerk is further DIRECTED to TERMINATE Civil Action No. 5:23-CV-6.

IT IS SO ORDERED.

SIGNED this October 9, 2024.

_____
Diana Saldaña
United States District Judge